UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
COLEMAN CABLE, INC.,                                    )   Case No. C12-1243RSL
                                                                        )
                    Plaintiff,                                       )
         v.                                                             )
                                                                        )   ORDER
TDE, INC., *et al.*,                                             )
                                                                        )
                    Defendants.                                 )
_____)

This matter comes before the Court *sua sponte*. On July 16, 2013, the Court ordered defendants to deliver a courtesy copy of documents filed on July 9, 2013. Defendants have now provided the necessary documents. The Order to Show Cause (Dkt. # 75) is hereby VACATED.

DATED this 23rd day of July, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER