Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COLEMAN CABLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> TDE, INC. a defunct Washington Corporation, and MONTE A. LEEN, <br><br> Defendants. | NO. 2:12-cv-01243 RSL <br><br> ORDER EXCLUDING EVIDENCE <br><br> NOTED FOR HEARING: <br> September 9, 2013 |

THIS MATTER having come before the undersigned Judge of the above-entitled Court on the stipulation of plaintiff Coleman Cable, Inc., and defendants TDE, Inc., and Monte A. Leen, and the Court being fully advised in the premises, now, therefore, it is hereby

ORDERED:

1. At trial, neither plaintiff nor defendants may introduce evidence of nor make argument as to matters previously determined by the Court.

2. At trial, neither plaintiff nor defendants may introduce evidence of nor make argument as to settlement offers, demands, negotiations, or discussions.

3. At trial, neither plaintiff nor defendants may introduce evidence of nor make argument as to the fact that motions *in limine* were filed and the Court's rulings on these motions.

ORDER EXCLUDING EVIDENCE - 1
(2:12-CV-01243-RSL)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

4285661.1

1  IT IS SO ORDERED.

2  DATED this 10th day of September, 2013.

3

4

5                                          _MW S Lasnik_____
                                           Robert S. Lasnik
6                                          United States District Judge

7
   Presented by:
8
   s/Mark S. Davidson
9  Mark S. Davidson, WSBA #06430
   Sarah E. Joye, WSBA #44357
10 Attorneys for Plaintiff Coleman Cable, Inc.
   WILLIAMS, KASTNER & GIBBS PLLC
11 601 Union Street, Suite 4100
12 Seattle, WA  98101-2380
   Telephone:  (206) 628-6600
13 Fax:  (206) 628-6611
   Email:  mdavidson@williamskastner.com
14         sjoye@williamskastner.com

15

16

17

18

19

20

21

22

23

24

25

ORDER EXCLUDING EVIDENCE - 2                    **Williams, Kastner & Gibbs PLLC**
(2:12-CV-01243-RSL)                             601 Union Street, Suite 4100
                                                Seattle, Washington 98101-2380
                                                (206) 628-6600

4285661.1