Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLEMAN CABLE, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>TDE, INC. a defunct Washington Corporation, and MONTE A. LEEN,<br><br>          Defendants. | NO. 2:12-cv-01243 RSL<br><br>ORDER EXCLUDING EVIDENCE<br><br>NOTED FOR HEARING:<br>September 9, 2013 |

THIS MATTER having come before the undersigned Judge of the above-entitled Court on the stipulation of plaintiff Coleman Cable, Inc., and defendants TDE, Inc., and Monte A. Leen, and the Court being fully advised in the premises, now, therefore, it is hereby

ORDERED:

1. At trial, neither plaintiff nor defendants may introduce evidence of nor make argument as to matters previously determined by the Court.

2. At trial, neither plaintiff nor defendants may introduce evidence of nor make argument as to settlement offers, demands, negotiations, or discussions.

3. At trial, neither plaintiff nor defendants may introduce evidence of nor make argument as to the fact that motions *in limine* were filed and the Court's rulings on these motions.

ORDER EXCLUDING EVIDENCE - 1
(2:12-CV-01243-RSL)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

4285661.1

IT IS SO ORDERED.

DATED this 10th day of September, 2013.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

s/Mark S. Davidson
Mark S. Davidson, WSBA #06430
Sarah E. Joye, WSBA #44357
Attorneys for Plaintiff Coleman Cable, Inc.
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
Email:  mdavidson@williamskastner.com
         sjoye@williamskastner.com

ORDER EXCLUDING EVIDENCE - 2
(2:12-CV-01243-RSL)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

4285661.1